Evans·<br>*vs*<br>Robinson, &c.

---

## Evans *vs* Robinson and Yantis.

ERROR TO THE GARRARD CIRCUIT.

*Assignor and assignee.*

CHIEF JUSTICE EWING delivered the opinion of the Court.

CHANCERY..<br><br>*Case* 121..<br><br>*July* 5.

THE sums of money and amounts paid by the widow,
were made, and received by Joseph Evans, on the faith of
his portion in the estate, and *he*, as complainant, could
surely not compel a division or exact from his mother
the payment of more, without accounting for the several
amounts received. The complainants come in under
*him* as *his* creditors, and cannot compel her to do more
than *he* could have compelled her to do. She has equity
as the possessor and manager of the estate, for the benefit
of herself and distributees ; she holds *tabuleam in nau-
fragio*, and cannot be compelled to surrender her posses-
sion or release her hold, to Joe or his creditors, upon
any other than equitable terms. And according to any
reasonable estimate that can be made, Joe has already
received more than his share of the estate. The execu-
tion of the deed by Joe, conveying his interest in the
estate, real and personal, during the pendency of the suit
of Robinson and Yantis, was but the consummation of
an equity that before subsisted in favor of his mother.

The decree of the Circuit Court is reversed and cause
remanded, that the bills of Robinson and Yantis may be
dismissed.

*Harlan & Craddock and Robertson* for plaintiff: *Ste-
phenson* for defendants.

A distributee as-<br>signing his dis-<br>tributive share·<br>in an estate,.<br>cannot change<br>the condition of·<br>adm'r. and if he·<br>has been fully<br>paid, the as-<br>signee acquires.<br>nothing by the·<br>assignment.